UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DENNIS JOHNSON,

       Plaintiff,

                                            Civil No. 07-1121-HA

      v.

                                            JUDGMENT

COMMISSIONER of Social Security,

       Defendant.

       Based on the record,

       IT IS ORDERED AND ADJUDGED that the final decision of the Commissioner is reversed, and this case is remanded to the Commissioner for the proper calculation and award of DIB and SSI benefits to plaintiff Dennis Johnson.

       Dated this __24__ day of September, 2008.

                                                              /s/ ANCER L. HAGGERTY
                                                            ANCER L. HAGGERTY
                                                  UNITED STATES DISTRICT JUDGE