FILED'08 DEC 29 11:54USDC-ORP

WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 94464
twilborn@mindspring.com
P.O. Box 2768
Oregon City, OR 97045
Voice: (503) 632-1120
Fax: (503) 632-1198
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**DENNIS JOHNSON,**                                                      CV # 07-1121-HA

    Plaintiff,

vs.                                                                                              ORDER

**COMMISSIONER of Social Security,**

    Defendant.

---

Attorney fees in the amount of $6,992.29 are hereby awarded to Plaintiff's counsel, Tim Wilborn, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). The check shall be sent to Tim Wilborn's address: P.O. Box 2768, Oregon City, OR 97045.

DATED this 29 day of December, 2008.

_____
United States District Judge

Submitted on December 19, 2008 by:

/s/ Tim Wilborn, OSB # 94464
(503) 632-1120
  Attorney for Plaintiff

ORDER - Page 1